UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BESSIE B. JOHNSON and<br>JOHNNY R. JOHNSON,<br>　　　Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN ENERGY SYS. INC. and<br>UNION CARBIDE CORP.,<br>　　　Defendants. | )<br>)<br>)<br>)　　No. 3:11-CV-249<br>)　　(VARLAN/GUYTON)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court are Defendants' Motions to Amend Answer [Docs. 17, 18], in which the Defendants move the Court to allow them to amend their Answers to modify their affirmative defenses.

The Court finds, first, that no party has responded in opposition to the Motions to Amend Answer [Docs. 17, 18], and the time for doing so has expired, E.D. Tenn. L.R. 7.1. The Court may treat this failure to respond as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2. In addition, the Court finds that the Defendants have complied with Local Rule 15.1, and the Court finds that the Defendants have demonstrated appropriate grounds for granting leave to amend under Rule 15 of the Federal Rules of Civil Procedure.

Based upon the foregoing, the Motions to Amend Answer **[Docs. 17, 18]** are **GRANTED**. The Defendants **SHALL FILE** the proposed Amended Answers, [Docs. 17-1, 18-1], as their respective Amended Answers in this case on or before **November 4, 2013**.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　ENTER:

　　　　　　　　　　　　　　　　　　　　　　　　/s H. Bruce Guyton
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge